**Appeal Dismissed and Memorandum Opinion filed February 1, 2024.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-23-00651-CV

## WALTER YOUNG, Appellant

## V.

## YEN HONG THI LE, Appellee

**On Appeal from the Co Civil Ct at Law No 3
Harris County, Texas
Trial Court Cause No. 1207187**

## MEMORANDUM OPINION

This is an appeal from a judgment signed August 28, 2023. The clerk's record was filed September 28, 2023. The reporter's record was not filed. No brief was filed.

On November 21, 2023, this court issued an order stating that unless appellant filed a brief on or before December 21, 2023, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Hassan.